

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00062-CV

Steven **STAMPS** and Eva Stamps,
Appellants

v.

Alva Elia **RUIZ**,
Appellees

From the 365th Judicial District Court, Dimmit County, Texas
Trial Court No. 12-08-11759-DCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, this appeal is DISMISSED. Appellants' motion to dismiss this appeal is GRANTED. It is ORDERED that Appellee Alva Elia Ruiz recover her costs of this appeal from Appellants Steven Stamps and Eva Stamps.

SIGNED October 1, 2014.

_____
Karen Angelini, Justice